# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

EVAN FRANK,
        Plaintiff,

v.

BAY AREA CREDIT SERVICE, INC. AND
BAY AREA CREDIT SERVICE LLC,

        Defendant.

Case Number: 07 C 6898

Judge: Lindberg

Magistrate Judge Cox

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEYS(S) FOR:
Bay Area Credit Service, Inc. and Bay Area Credit Service LLC

| | |
|---|---|
| SIGNATURE  s/ David M. Schultz | |
| FIRM  HINSHAW & CULBERTSON LLP | |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP  Chicago, Illinois  60601-1081 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6197596 | TELEPHONE NUMBER  (312) 704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☒     NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐     NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☒     NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.     RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

6268181v1 838180