IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVAN FRANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 07 C 6898 |
| v. ) | |
| ) | Judge: Lindberg |
| BAY AREA CREDIT SERVICE, INC. and ) | |
| BAY AREA CREDIT SERVICE LLC, ) | Magistrate Judge Cox |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants Bay Area Credit Service, Inc. and Bay Area Credit Service LLC by and through their attorneys David M. Schultz and Jennifer W. Weller and for their Motion for an Enlargement of time to Answer or Otherwise Plead to Plaintiff's Complaint states as follows:

1. Plaintiff filed his complaint pursuant to the Fair Debt Collection Practices Act on December 6, 2007.

2. Defense counsel has recently been retained and needs additional time to evaluate and analyze the issues raised in this case.

3. Accordingly, Defendants request an additional 21 days to on or before January 23, 2008, to answer or otherwise plead to the complaint.

4. This time is not meant for the purpose of unnecessary delay and will not prejudice any party to the litigation.

5. Defense Counsel has discussed the additional time with Plaintiff's Counsel and Plaintiff's Counsel has no opposition to the motion.

2

WHEREFORE Defendants Bay Area Credit Service, Inc. and Bay Area Credit Service, LLC respectfully request that this court grant them an additional 21 days to on or before January 23, 2008 to respond to Plaintiff's Complaint

Respectfully submitted,

Attorney for the Defendants

By: s/Jennifer W. Weller
  Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

2

6268145v1 838180