### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| EVAN FRANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 07 C 6898 |
| v. ) | |
| ) | Judge: Lindberg |
| BAY AREA CREDIT SERVICE, INC. and ) | |
| BAY AREA CREDIT SERVICE LLC, ) | Magistrate Judge Cox |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

TO:  Lance A. Raphael                   Stacy Michelle Bardo
     Consumer Advocacy Center           The Consumer Advocacy Center, P.C.
     180 W. Washington                  180 W. Washington Street
     Suite 700                          Suite 700
     Chicago, IL 60602                  Chicago, IL 60602
     (312) 782-5808                     (312) 782-5808
     Email: lance@caclawyers.com        Email: stacy@caclawyers.com

**PLEASE TAKE NOTICE** that on **January 9, 2007**, at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Judge George W. Lindberg or any Judge sitting in his/her stead in Courtroom 1425, in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 60604, and then and there present, **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is served upon you.

                                          HINSHAW & CULBERTSON LLP

                                          By: s/Jennifer W. Weller
                                              Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6268188v1 838180

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served the above and foregoing **NOTICE OF MOTION and UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD,** with the Clerk of the Court electronically using the CM/ECF system to the above-referenced named parties at their respective address(es) on **January 2, 2008.**

                           HINSHAW & CULBERTSON LLP

                           By:  s/Jennifer W. Weller
                                   Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6268188v1 838180