## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6898 | **DATE** | January 3, 2008 |
| **CASE TITLE** | Frank vs. Bay Area Credit Service, Inc., *et al.* | | |

**DOCKET ENTRY TEXT**

Defendants' Unopposed Motion for Enlargement of Time to Answer or Otherwise Plead [10] is granted. Defendants are granted leave to answer or otherwise move on or before January 23, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|