IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVAN FRANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 07 C 6898 |
| v. ) | |
| ) | Judge: Lindberg |
| BAY AREA CREDIT SERVICE, INC. and ) | |
| BAY AREA CREDIT SERVICE LLC, ) | Magistrate Judge Cox |
| ) | |
| Defendant. ) | |

### JOINT MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD

Plaintiff Evan Frank and Defendants Bay Area Credit Service, Inc. and Bay Area Credit Service LLC by and through their attorneys and for their Joint Motion for an Enlargement of time for Defendants to Answer or Otherwise Plead to Plaintiff's Complaint state as follows:

1. Defendants were to answer or otherwise plead to Plaintiff's Complaint by January 23, 2008.

2. In preparation for their responsive pleadings, Defendants reviewed their collection records, raised certain issues with Plaintiff's counsel, and made a settlement offer to Plaintiff.

3. In order for the parties to determine whether this matter may be resolved, the parties jointly request that Defendants be given an additional 21 days to on or before February 13, 2008, to answer or otherwise plead to the complaint.

4. This time is not meant for the purpose of unnecessary delay and will not prejudice any party to the litigation.

WHEREFORE Plaintiff Evan Frank and Defendants Bay Area Credit Service, Inc. and Bay Area Credit Service, LLC respectfully request that this court grant Defendants an additional 21 days, or on or before February 13, 2008, to respond to Plaintiff's Complaint

6268145v1 838130

2

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Attorney for Plaintiff | Attorney for the Defendants |
| By: s/Stacy M. Bardo<br>    Stacy M. Bardo | By: s/Jennifer W. Weller<br>    Jennifer W. Weller |
| Lance A. Raphael<br>Stacy M. Bardo<br>The Consumer Advocacy Center, P.C.<br>180 West Washington<br>Suite 700<br>Chicago, IL 60602-2318 | David M. Schultz<br>Jennifer W. Weller<br>Hinshaw & Culbertson LLP<br>222 N. LaSalle, Suite 300<br>Chicago, IL 60601<br>312-704-3000 |

2