IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVAN FRANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 07 C 6898 |
| v. ) | |
| ) | Judge: Lindberg |
| BAY AREA CREDIT SERVICE, INC. and ) | |
| BAY AREA CREDIT SERVICE LLC, ) | Magistrate Judge Cox |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   Stacy Michelle Bardo
      Allison Amy Krumhorn
      Lance A. Raphael
      The Consumer Advocacy Center, P.C.
      180 W. Washington Street, Suite 700
      Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on **January 25, 2008**, at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge George W. Lindberg or any Judge sitting in his/her stead in Courtroom 1425, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **JOINT MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD,** a copy of which is served upon you.

                                              HINSHAW & CULBERTSON LLP

David M. Schultz                          By: s/Jennifer W. Weller
Jennifer W. Weller                             Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com
Firm's #90384

6275157v1 884629

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **January 22, 2008**, I electronically filed above and foregoing **NOTICE OF MOTION and JOINT MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

      HINSHAW & CULBERTSON LLP

      By: s/Jennifer W. Weller
          Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com
Firm's #90384

2

6275157v1 884629