# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6898 | **DATE** | January 22, 2008 |
| **CASE TITLE** | Frank vs. Bay Area Credit Service, Inc., *et al*. | | |

**DOCKET ENTRY TEXT**

The parties' Joint Motion for Enlargement of Time for Defendant to Answer or Otherwise Plead [15] is granted. Defendants are granted leave to answer or otherwise move with respect to Plaintiff's complaint on or before February 13, 2008. No additional extensions of time with respect to Defendants' responsive pleading or motion will be granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|