IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| EVAN FRANK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07 C 6898 ) |
| BAY AREA CREDIT SERVICE, INC. and BAY AREA CREDIT SERVICE LLC, | ) Judge Lindberg ) ) Magistrate Judge Cox |
| Defendant. | ) ) |

## STIPULATION TO DISMISS PURSUANT TO SETTLEMENT

All matters in controversy between Plaintiff and Defendant Bay Area Credit Service, LLC having been resolved pursuant to settlement, the parties respectfully request that an order be entered dismissing Defendant Bay Area Credit Service, LLC with prejudice.

Defendant Bay Area Credit Service, Inc., a dissolved corporation, should be dismissed without prejudice and the civil case terminated.

Respectfully submitted,

By: /s/ Stacy M. Bardo
One of Plaintiffs' Attorneys
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, Illinois 60602

By: /s/ Jennifer Weller
One of Defendant's Attorneys
Hinshaw & Culbertson, LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601