**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| EVAN FRANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 6898 |
| v. | ) | |
| | ) | Judge Lindberg |
| BAY AREA CREDIT SERVICE, INC. and | ) | |
| BAY AREA CREDIT SERVICE LLC, | ) | Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:    See Certificate of Service

PLEASE TAKE NOTICE that on March 11, 2008, Plaintiff's counsel filed the attached *Stipulation to Dismiss Pursuant to Settlement*, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

By: /s/ Stacy M. Bardo
One of Plaintiffs' Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

### *CERTIFICATE OF SERVICE*

I, Kym Lozano, paralegal, hereby certify under penalties of perjury according to 28 U.S.C. § 1746 that on March 11, 2008, I filed the attached *Stipulation to Dismiss Pursuant to Settlement*, using the CM/ECF system, which will operate to provide notice of same to the following counsel of record:

Jennifer Weller
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601


/s/ Kym Lozano